IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSE ALFREDO MUNOZ-VALLEJO                                                           PETITIONER

VS.                                                              CIVIL ACTION NO. 3:14cv802-DPJ-FKB

WARDEN S.P. FISHER                                                                   RESPONDENT

**REPORT AND RECOMMENDATION**

Jose Alfredo Munoz-Vallejo filed this action on October 16, 2014, while he was a federal inmate incarcerated at the Federal Correctional Complex at Yazoo City, Mississippi serving a 37-month term of imprisonment. In his petition, he alleged that he had been improperly denied the right to be individually assessed for placement for more than six months in a residential reentry center. The website of the Federal Bureau of Prisons indicates that Petitioner was released from custody on August 14, 2015. Thus, his petition is now moot and subject to dismissal.

For this reason, the undersigned recommends that the petition be dismissed. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal

conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    Respectfully submitted, this the 31st day of August, 2015.

                                    /s/ F. Keith Ball
                                  UNITED STATES MAGISTRATE JUDGE