UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSE ALFREDO MUNOZ-VALLEJO                                                      PETITIONER

V.                                                              CIVIL ACTION NO. 3:14CV802 DPJ-FKB

WARDEN S. P. FISHER                                                              RESPONDENT

ORDER

This cause is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball [10]. Jose Alfredo Munoz-Vallejo filed this action while he was incarcerated at the Federal Correctional Complex at Yazoo City, Mississippi, alleging that he had been improperly denied the right to be individually assessed for placement for more than six months in a residential reentry center. Judge Ball recommending dismissal of the petition as moot in light of Petitioner's release from custody on August 14, 2015. Petitioner has not filed an Objection; the time to do so has passed; and the Report and Recommendation has been returned [11] with the notation "No Mail Receptacle."

Accordingly, the Court finds that the unopposed Report and Recommendation dismissing the petition as moot should be adopted as the opinion of the Court. This action is dismissed.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE